No. 389, Misc. HILL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 393, Misc. KING v. CALIFORNIA COMPANY ET AL. C. A. 5th Cir. Certiorari denied. *Forrest B. Jackson* for petitioner. *Earl T. Thomas, S. B. Laub, C. C. Richmond, Bonner R. Landman, Archie D. Gray* and *Eugene T. Adair* for respondents.

No. 395, Misc. VAN NEWKIRK v. MCNEILL, SUPERINTENDENT, MATTEAWAN STATE HOSPITAL. C. A. 2d Cir. Certiorari denied.

No. 399, Misc. POLLACK v. ASPBURY ET AL. C. A. 2d Cir. Certiorari denied.

No. 400, Misc. BLOXOM v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 402, Misc. COLE v. RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 407, Misc. MEYERS v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 408, Misc. MCLAUGHLIN v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 409, Misc. KENDRICK v. NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.

No. 410, Misc. SCALLEY v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied.